IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFONSO PERCY PEW              )<br>                                                         )<br>            Plaintiff,                      )<br>                                                         )<br>v.                                                     )<br>                                                         )<br>JOANNE TORMA, Central Office Department )<br>of Corrections Religious Accomodations Board )<br>for Special Needs;   DAVE ROBERTS, Unit )<br>Manager,Bureau of Inmate Services Central )<br>Office of Department of Corrections;      )<br>T'SHANNA KYLER, Department of       )<br>Corrections Grievance Final Review Board; )<br>THOMAS A. FULCOMER; WILLIAM J.   )<br>LOVE; JEFFERY A. BEARD, Central Office )<br>Department of Correction Secretary and   )<br>Deputies; MECHLING; WILLIAM TERZA, )<br>Pittsburgh State Prison Warden and Chaplain; )<br>VICUSI, Correctional Officer 1; CULP,    )<br>LIEUTENENT 2; EVANS, Correctional   )<br>Officer 1; WILLIAM S. STICKMAN,       )<br>Superintendent; NIXON, Correctional Officer )<br>1; JAMES META, Food Service Supervisor; )<br>CAROL A. DEWITT; and COREY A. BISH, )<br>                                                         )<br>            Defendants.                  ) | Civil Action No. 03 - 1728<br><br>Chief Judge Donetta W. Ambrose /<br>Magistrate Judge Lisa Pupo Lenihan |

## ORDER

AND NOW, this 4th day of January, 2006, **IT IS ORDERED** that Plaintiff shall file a pretrial narrative statement no later than **February 3, 2005.** The pretrial narrative statement shall comply with Local Rule 16.1.4.A and shall also include a written statement of the facts that will be offered by oral or documentary evidence at trial and shall also include a list of all exhibits to be offered into evidence at the trial of the case and a list of the names and addresses of all witnesses plaintiff intends to call.  Plaintiff shall include a summary of the anticipated testimony

of any witnesses who are presently incarcerated. Plaintiff shall serve a copy of the statement on counsel for the defendants, and shall include on the original document filed with the Clerk of Court a certificate stating the date a true and correct copy was mailed to defendants' counsel.

**IT IS FURTHER ORDERED** that on or before **February 24, 2005,** Defendants shall file and serve a pretrial narrative statement that shall comply with Local Rule 16.1.4. The pretrial narrative statement shall include a narrative written statement of the facts that will be offered by oral or documentary evidence as a defense at trial and shall include a list of all exhibits to be offered into evidence at the trial of the case and a list of the names and addresses of all witnesses the defendants intend to call.

**IT IS FURTHER ORDERED** that cumulative testimony by either party will not be permitted. Material facts not identified the pretrial narrative statements may be excluded upon objection or *sua sponte*. Witnesses or exhibits not identified in a pretrial narrative statement shall not be admissible at trial, except for an exhibit to be used solely for impeachment purposes. The parties shall not amend or supplement their pretrial narrative statements absent leave of court.

**IT IS FURTHER ORDERED** that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(A), and Rule 72.1.3(B) of the Local Rules for Magistrate Judges, the parties are allowed ten (10) days from the date of service of a copy of this Order to file objections to this Order. Failure to file timely objections may constitute a waiver of any appellate rights.

Lisa Pupo Lenihan
United States Magistrate Judge

cc:    ALFONSO PERCY PEW
BT-7263
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

Raymond W. Dorian
Pennsylvania Department of Corrections
55 Utley Drive
Camp Hill, PA 17011

Scott A. Bradley
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219

Susan J. Forney
Office of Attorney General
Fifth Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219