IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFONSO PERCY PEW, | ) |
| | ) |
| v. | ) Civil Action No. 03 - 1728 |
| | ) |
| JOANNE TORMA, et al, | ) |
| | ) |

## ORDER

Plaintiff filed a "Motion to Compel Discovery to Plaintiff's Initial Request for Production of Documents and Voluntary Admissions Pursuant to Kosher Diet Bag Claim" (Doc. No. 96) and a "Motion to Compel Discovery to Plaintiff's Renewed Discovery Requests" (Doc. No. 97) on February 2, 2006.  Therefore,

**IT IS ORDERED** this 13th day of February, 2006, that Defendants file responses to the motions no later than February 20, 2006.  Failure to file a responses by February 20, 2006 will result in the motions being decided without the benefit of a response by Defendants.

In accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(A), and Rule 72.1.3(B) of the Local Rules for Magistrate Judges, the parties are allowed ten (10) days from the date of service of a copy of this Order to file objections to this Order.  Failure to file timely objections may constitute a waiver of any appellate rights.

 s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc:   All counsel of record.