IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFONSO PERCY PEW | ) |
| | ) Civil Action No. 03 - 1728 |
| Plaintiff, | ) |
| | ) Chief Judge Donetta W. Ambrose |
| v. | ) Magistrate Judge Lisa Pupo Lenihan |
| | ) |
| JOANNE TORMA, Central Office Department of Corrections Religious Accomodations Board for Special Needs; DAVE ROBERTS, Unit Manager, Bureau of Inmate Services Central Office of Department of Corrections; T'SHANNA KYLER, Department of Corrections Grievance Final Review Board; THOMAS A. FULCOMER; WILLIAM J. LOVE; JEFFERY A. BEARD, Central Office Department of Correction Secretary andDeputies; MECHLING; WILLIAM TERZA, Pittsburgh State Prison Warden and Chaplain; VICUSI, Correctional Officer 1; CULP, LIEUTENENT 2; EVANS, Correctional Officer 1; WILLIAM S. STICKMAN, Superintendent; NIXON, Correctional Officer 1; JAMES META, Food Service Supervisor; CAROL A. DEWITT; and COREY A. BISH, | ) |
| Defendants. | ) |

## ORDER

The above captioned case was assigned to Magistrate Judge Lisa Pupo Lenihan for all pretrial proceedings. Currently, the deadline for Plaintiff's pretrial statement is March 3, 2006, with Defendants' pretrial statement due March 24, 2006. These proceedings, therefore, are almost complete and the case will be ready to be returned to the District Court Judge on March 24, 2006, so that a final pretrial order might be entered and a trial date established.

The parties, however, may consent to proceed to trial before this Magistrate Judge. Consenting may result in a more immediate trial date than if the case were returned to the District Court Judge. Therefore;

**IT IS ORDERED** this 13th day of February, 2006, that if the parties wish to consent before this Magistrate Judge, they shall complete the attached form and file it with the Clerk of Court no later than **March 13, 2006.** The Court notes that **ALL** parties must consent before the document is filed.

**IT IS FURTHER ORDERED** that if any party **DOES NOT** wish to consent, the parties shall file a joint stipulation requesting the case be returned to the District Judge no later than **March 13, 2006.** This stipulation **SHOULD NOT** indicate which parties wished to consent and which did not.

Lisa Pupo Lenihan
United States Magistrate Judge

cc: Alfonso Percy Pew
BT-7263
S.C.I. Smithfield
P.O. Box 999
1120 Pike Street
Huntingdon, PA 16652

Scott A. Bradley
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219

Susan J. Forney

Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219