IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFONSO PERCY PEW, | ) |
| | ) Civil Action No. 03 - 1728 |
| v. | ) |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| JOANNE TORMA; DAVE ROBERTS; | ) |
| JEFFREY A. BEARD; NEAL MECH | ) |

## ORDER

Pending before the Court are two motions filed by Plaintiff when he was still proceeding pro se. The first is a Motion to Compel Discovery to Plaintiff's Initial Request for Production of Documents and Voluntary Admissions Pursuant to Kosher Diet Bag Claim (Doc. No. 96) and the second is a Motion to Compel Discovery to Plaintiff's Renewed Discovery Request (Doc. No. 97). The Court appointed counsel to this case on March 9, 2006, and left the motions pending so that new counsel could determine the best course of action for their client in regard to these issues. The Court has held three status conferences since appointing counsel with no resolution of the pro se motions. Therefore,

**IT IS ORDERED** this 29th day of September, 2006, that Plaintiff's pro se Motion to Compel Discovery to Plaintiff's Initial Request for Production of Documents and Voluntary Admissions Pursuant to Kosher Diet Bag Claim (Doc. No. 96) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's pro se Motion to Compel Discovery to Plaintiff's Renewed Discovery Request (Doc. No. 97) is **DENIED** without prejudice.

Lisa Pupo Lenihan
U.S. Magistrate Judge

cc:   All counsel of record.